ORIGINAL

**CASE UNSEALED PER ORDER OF COURT**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CARLOS RAVELO,<br><br>       Defendant. | Case No. **15 CR 1439 BAS**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1028(a)(2) – Unlawful Transfer of Document or Authentication Feature |

The grand jury charges:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant CARLOS RAVELO ("RAVELO") was a California Highway Patrol ("CHP") Officer since February 2002. As a CHP officer for over twelve years, RAVELO received training and was well-versed in the California laws, rules and regulations relating to driving under the influence ("DUI"); including driver's license suspensions and Department of Motor Vehicle Administrative Per Se ("APS") hearings.

//
//
//

RSK:nlv:San Diego
5/29/15

2. The California Department of Motor Vehicles (hereinafter "DMV") was an agency of the State of California. The Driver Safety Office ("DSO") was a branch of the DMV which, as authorized by statute, was responsible for controlling the driving privilege by identifying high risk drivers. The Branch consisted of a Headquarters Discretionary and four field regions. Driver Safety field operations included investigation and reexamination of drivers to determine if, for reasons of safety, their privilege should be withdrawn. Drivers could appeal actions to withdraw the driving privilege through APS hearings conducted by Driver Safety Hearing Officers.

3. A Class C driver license (hereinafter "Class C license") issued by the DMV authorized the licensee to drive (for non-commercial purposes) a car and a pick-up truck, as well as tow a small trailer, and was valid to drive a vehicle throughout the United States.

4. A temporary Class C driver license ("temporary license") typically referred to a document issued by the DSO while the determination of an individual's privilege to drive was pending an APS hearing. As the name implied, a temporary license was typically issued for a limited, defined time period.

5. The production and transfer of a Class C driver license or temporary driver license affected interstate and foreign commerce, as the license authorized the licensee to drive vehicles throughout the United States and on interstate highways.

6. The official seal of the State of California was an authentication feature.

7. A driver license number was a sequence of numbers and letters that uniquely identified an individual assigned to the license number and was used to verify the authenticity of a driver license.

## Count 1

### (Unlawful Transfer of Document or Authentication Feature - 18 U.S.C. § 1028(a)(2))

8. The Introductory Allegations contained in paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if set forth fully herein.

9. On or about September 25, 2013, within the Southern District of California, defendant CARLOS RAVELO did knowingly transfer an identification document and authentication features, to wit, a California Department of Motor Vehicles temporary Class C (Non Commercial) driver license bearing the name of a person (A.P.), driver license number F3326328, and seal of the State of California, knowing that such document and features were produced without lawful authority, and the production and transfer of the identification document and authentication features affected interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 1028(a)(2).

## Count 2

### (Unlawful Transfer of Document or Authentication Feature - 18 U.S.C. § 1028(a)(2))

10. The Introductory Allegations contained in paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if set forth fully herein.

11. On or about January 7, 2014, within the Southern District of California, defendant CARLOS RAVELO did knowingly transfer an identification document and authentication features, to wit, a California Department of Motor Vehicles temporary Class C (Non Commercial) driver license bearing the name of a person (A.P.), driver

1  license number F3326328, and seal of the State of California, knowing
2  that such document and features were produced without lawful
3  authority, and the production and transfer of the identification
4  document and authentication features affected interstate and foreign
5  commerce.
6  All in violation of Title 18, United States Code, Section 1028(a)(2).
7     DATED: May 29, 2015.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
REBECCA S. KANTER
Assistant U.S. Attorney